1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TROY KELLEY,                          No.  2:21-cv-1813 JAM KJN P

12              Petitioner,

13         v.                               ORDER

14    PAUL THOMPSON, et al.,

15              Respondents.

16

17         Petitioner, a federal prisoner proceeding pro se, filed this application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On February 11, 2022, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Petitioner filed

23    objections to the findings and recommendations.  No reply was filed.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26    court finds the findings and recommendations to be supported by the record and by proper

27    analysis.

28    /////

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 11, 2022, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 8) is granted on the grounds that petitioner's claims are not ripe;

3. Petitioner's motion for injunctive relief (ECF No. 11) is denied without prejudice; and

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.


DATED:  March 29, 2022                          /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE